**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RAFAEL GUERRERO MARIN, *individually*
*and on behalf of others similarly situated,*

                   *Plaintiff,*                         **20-cv-08607**

-against-

                                                **PROPOSED DEFAULT**
NELSON SERVICES SYSTEMS, INC.                    **JUDGMENT**
(D/B/A NELSON SERVICES), NELSON
REALTY SERVICES, INC. (D/B/A NELSON
REALTY), NELSON GISBERT, and
NELSON GISBERT (A/K/A NELSON JR.)

                     *Defendants.*
-------------------------------------------------------X

## JUDGMENT

     On October 15, 2020, this action was commenced by Plaintiff's filing of the Complaint.

(Dkt. No. 1).  ). Defendants Nelson Services Systems, Inc. (d/b/a Nelson Services) Nelson Realty

Services, Inc. (d/b/a Nelson Realty), Nelson Gisbert, and Nelson Gisbert (a/k/a Nelson Jr), having

failed to plead or otherwise defend in this action, and said default having been duly noted, and

upon the annexed declaration of default judgment,

     NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is

hereby ORDERED, ADJUDGED AND DECREED:

     That the Plaintiff has judgment jointly and severally against the Defendants Nelson

Services Systems, Inc. (d/b/a Nelson Services) Nelson Realty Services, Inc. (d/b/a Nelson Realty),

Nelson Gisbert, and Nelson Gisbert (a/k/a Nelson Jr), in the amount of $_____, including

compensatory damages and permissible liquidated damages, plus prejudgment interest in the

amount of _____, all computed as provided in 28 U.S.C. § 1961(a).

     That the Plaintiff is awarded attorney's fees in the amount of $_____ and costs in the

amount of $_____, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:      New York, New York
_____, 2020

_____
JUDGE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.