**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
RAFAEL GUERRERO MARIN, *individually and on behalf of others similarly situated,*

        *Plaintiff*,

-against-

NELSON SERVICES SYSTEMS, INC.
(D/B/A NELSON SERVICES), NELSON
REALTY SERVICES, INC. (D/B/A NELSON
REALTY), NELSON GISBERT, and
NELSON GISBERT (A/K/A NELSON JR.)

        *Defendants.*
---------------------------------------------------------X

20-cv-08607

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

On October 15, 2020, this action was commenced by Plaintiff's filing of the Complaint (Dkt. No. 1). Defendants Nelson Services Systems, Inc. (d/b/a Nelson Services) Nelson Realty Services, Inc. (d/b/a Nelson Realty), Nelson Gisbert, and Nelson Gisbert (a/k/a Nelson Jr), having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff Rafael Guerrero Marin has judgment jointly and severally against the Defendants Nelson Services Systems, Inc. (d/b/a Nelson Services) Nelson Realty Services, Inc. (d/b/a Nelson Realty), Nelson Gisbert, and Nelson Gisbert (a/k/a Nelson Jr), in the amount of: $143,516.70 plus prejudgment interest calculated upon the amount $143,516.70 at the rate of 9% per annum from January 14, 2018 (the midpoint of the period of his employment as pled in the complaint) to the date of judgment, which is calculated to be _____; all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorney's fees in the amount of $4,797.50 and costs in the amount of $650.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:     New York, New York
           _____, 2020

                                        _____
                                        JUDGE JESSE M. FURMAN
                                        UNITED STATES DISTRICT JUDGE

                                        This document was entered on the docket on
                                        _____.