```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RAFAEL GUERRERO MARIN,                                            :
                                                                  :
                          Plaintiff,                              :
                                                                  :           20-CV-8607 (JMF)
              -v-                                                 :
                                                                  :                ORDER
NELSON SERVICES SYSTEMS, INC. d/b/a NELSON                        :
SERVICES, et al.,                                                 :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On June 24, 2021, the parties notified the Court that they had reached a settlement in principle. ECF No. 59. The next day, the Court ordered the parties to file no later than July 8, 2021, either (1) their settlement agreement, along with a joint letter explaining the basis for the proposed settlement; or (2) their offer of judgment, notice of acceptance, and proof of service if the parties intended to proceed under Rule 68 of the Federal Rules of Civil Procedure. ECF No. 60. On July 12, 2021, after the parties failed to do so, the Court granted an extension, *nunc pro tunc*, to July 16, 2021, to file the required materials and — citing the parties' repeated failure to comply with Court orders and deadlines in this case — ordered the parties to show cause why sanctions should not be imposed. ECF No. 62.

      On July 16, 2021, the parties filed a notice of acceptance of offer of judgment pursuant to Rule 68, ECF No. 63, along with a proposed judgment, ECF No. 65. Plaintiff filed a letter on the docket in response to the Court's order to show cause why sanctions should not be imposed, ECF No. 66; Defendants submitted the letter attached as Exhibit A to the Court via email *ex parte* (in violation of Rule 1(A) and (C) of the Court's Individual Rules and Practices and Civil Cases).

      The Court would be on firm ground imposing sanctions for the parties' repeated failures to comply with Court Orders — particularly given their feeble attempts to explain themselves. In light of the parties' amicable resolution of the matter and in an exercise of its discretion, however, the Court will not do so at this time. That said, counsel for both Plaintiff and Defendants are cautioned that similar conduct in future litigation may not be treated as leniently.

      The parties also submitted a signed and executed notice of consent to proceed before the Magistrate Judge for all purposes on July 16, 2021. In light of the acceptance of an offer of judgment and entry of judgment against all Defendants, the Court sees no need to enter the reference order pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, as there does not appear to be anything further to do. If any party feels otherwise,

they shall file a letter to that effect **no later than one week from the date of this Order**.

SO ORDERED.

Dated: July 19, 2021
      New York, New York

                                       JESSE M. FURMAN
                                    United States District Judge

# EXHIBIT A



Scarsdale Executive Building
531 Central Park Avenue, Suite 301
Scarsdale, New York 10583
Tel: (914) 378-9000
Fax: (914) 378-1188

July 16, 2021

*Via email:*

The Honorable Jesse M. Furman
United States District Court – SDNY
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007

Re:   MARIN v NELSON SERVICE SYSTEMS, et. al
      20-CV-8607-JMF

Honorable Judge Furman:

    The undersigned is counsel for all of the Defendants in the above referenced matter. Reciept of the Court's Order to Show Cause via ECF, dated July 12, 2021 is acknowledged.

    Despite not being able to reach a settlement with the able assistance of Judge Moses, we continued to negotiate in good faith thereafter and were able to reach a settlement in principle.

    As counsel for Plaintiff noted in his June 24th joint letter to the Court, we reached a settlement in principle pursuant to defendant's Offer of Judgment under Rule 68 of the Federal Rules of Civil Procedure. Thereafter, we continued to work out a few details to solidify the defendant's final Offer of Judgment in terms acceptable to Plaintiff.

    Plaintiff has filed his Acceptance and Proposed Judgment which is in final form. In light of the above good faith efforts and success in resolving the action, I pray that the Court not impose sanctions and approve the Judgement.

Very truly yours,

_____
Wilson Soto  [1570]