UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL GUERRERO MARIN *individually and on behalf of others similarly situated*,

               Plaintiff,

-against-

NELSON SERVICES SYSTEMS, INC. (d/b/a NELSON SERVICES), NELSON REALTY SERVICES, INC. (D/B/A NELSON REALTY), NELSON GISBERT, and NELSON GISBERT (A/K/A NELSON JR.),

               *Defendants.*

Case No. 20-cv-008607-JMF

[Proposed Form Of]
JUDGMENT

## JUDGMENT

On July 16, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RAFAEL GUERRERO MARIN, has judgment against NELSON SERVICES SYSTEMS, INC. (d/b/a NELSON SERVICES), NELSON GISBERT, and NELSON GISBERT (A/K/A NELSON JR.), jointly and severally, in the amount of One Hundred Fifty Thousand Dollars and No Cents ($150,000), which is inclusive of attorneys' fees and costs.

Dated: __July 19__, 2021

_____
Jesse M. Furman
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to close the case.